# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA24 | E1828359 | T Brignardi | 2484 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 08/01/2025 19:10 | Title 36 327.23.c |

Place of Offense: War Eagle Campground

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to pay authorized and posted camping fee.

**DEFENDANT INFORMATION** Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Holmes | Amanda | |

Street Address

[redacted]

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 72.00 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 102.00 Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| Judge Christy D. Comstock<br>U.S. Magistrate<br>35 East Mountain St.<br>Fayetteville, AR 72701 | Date: TBD<br>Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1828359*

CVB SCAN 09/16/2025 12:43

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug. 1, 20 25 while exercising my duties as a law enforcement officer in the Western District of Arkansas

Please see attached Probable Cause.

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/01/2025 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/16/2025 12:43